UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ARKEEM EVANS,

Plaintiff,

v.

DINA JOSE, et al.,

Defendants.

Case No. 25-cv-02067-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 18

Mail sent by the Court to plaintiff David Arkeem Evans was returned as undeliverable more than 60 days ago. (Dkt. No. 21.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) because Evans failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, Evans may move to reopen the action.  Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

Defendants' motion for summary judgment is DENIED without prejudice to it being refiled if the action is reopened.  (Dkt. No. 18.)

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:**  May 19, 2026

_____

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California